TEODORA, DOMINGO e INOCENCIO COSTA BELTRÁN, demandantes y apelantes, *v.* JULIÁN PIAZZA CANOSI, FRANCISCO R. DE JESÚS, LORENZA BELTRÁN y LUCIANO CARABALLO, demandados y apelados. LOS MISMOS v. LOS MISMOS.

Nos. 6541 y 6579.—*Sometidos:* Enero 15, 1934. *Resueltos:* Enero 26, 1934.

*R. Muñoz Ramos,* abogado de los apelantes; *Gustavo Rodríguez,* abogado de los apelados.

EL JUEZ ASOCIADO SEÑOR WOLF, emitió la opinión del tribunal.

En el primero de los casos arriba titulados los demandantes apelan de una resolución en que se les negó el derecho a proseguir su recurso de apelación *in forma pauperis.* La corte oyó la moción y la prueba sobre ella presentada. Ninguna de esta prueba ha sido elevada a este tribunal y, en su consecuencia, la apelación debe ser desestimada.

En el segundo caso la corte concedió una prórroga para que el taquígrafo preparara la transcripción de la evidencia, estando ésta concebida en los siguientes términos: "30 días después de una resolución que habrá de dictar ese Hon. Tri-

bunal en un caso que al tiempo de obtener la prórroga estaba ya apelado para ante ese Hon. Tribunal.'' Los apelados citan jurisprudencia al efecto de que el término concedido era demasiado indefinido. No sin tener cierta duda, nos inclinamos a creer que el término es definido y daremos a los apelantes el beneficio de nuestra duda y *denegaremos la moción de desestimación.*